IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 3:11cv028-WHA |
| | ) | |
| SHERIFF HEATH TAYLOR, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

**ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #37), entered on August 29, 2011.  The Plaintiff filed an Objection to the Recommendation (Doc. #40) on September 7, 2011, and, after being granted extensions to do so, filed a Supplement to the Objection (Doc. #51) on November 3, 2011.

After an independent review of the file, and a *de novo* evaluation of this case, the court finds the objection and supplemental objection to be without merit, and they are hereby OVERRULED.  The court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that the Plaintiff's Motion for Leave to Proceed In Forma Pauperis is DENIED, and this case is DISMISSED without prejudice for the Plaintiff's failure to pay the full filing fee upon the initiation of this case.

Final Judgment will be entered accordingly.

DONE this 29th day of November, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE